Carolyn H. Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
Scott L. Gordon (SBN 319872)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
sgordon@schneiderwallace.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRISCILLA SOLORIO and MARIANO DIAZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ABC PHONES OF NORTH CAROLINA, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:20-CV-01051-NONE-JLT<br><br>**STIPULATION GRANTING LEAVE FOR PLAINTIFFS TO FILE OBJECTIONS TO REPLY EVIDENCE AND/OR SURREPLY TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS ALLEGATIONS, AND STAY ACTION; [PROPOSED] ORDER**<br><br>(Doc. 11) |

Plaintiffs Priscilla Solorio and Mariano Diaz, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant ABC Phones of North Carolina, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiff brings a putative class action asserting wage and hour claims with respect to Store Managers at Defendant's retail locations.

2. Defendant filed its Motion to Compel Arbitration, Dismiss Class Allegations, and Stay Action (the "Motion") on November 25, 2020 (ECF 7).

3. Plaintiffs filed their opposition to the Motion on January 13, 2021 (ECF 8), and Defendant filed its reply on January 20, 2021 (ECF 10).

4. Plaintiffs have prepared the Objections to Reply Evidence and/or Surreply to Defendant's Motion to Compel Arbitration, Dismiss Class Allegations, and Stay Action (the "Objection/Surreply"), attached hereto as **Exhibit 1**, to object to and address issues raised in Defendant's reply and related filings.

5. Plaintiffs provided the Objection/Surreply to Defendant's counsel, and based on the circumstances and without conceding the validity of any of the issues raises therein, Defendant has agreed to stipulate to its filing.

6. The Local Rules and the Federal Rules do not provide the right to file a surreply or objections to reply evidence, but a district court may allow a surreply to be filed "where a valid reason for such additional briefing exists." *Hartline v. Nat'l Univ.*, No. 2:14-CV-0635 KJM AC PS, 2015 U.S. Dist. LEXIS 8127, at *15-16 (E.D. Cal. Jan. 22, 2015).

Accordingly, counsel for the Parties agree that good cause exists and leave for Plaintiffs to file the Objection/Surreply should be granted, and respectfully request that the Court issue an order that the Objection/Surreply is deemed filed.

//

//

PLAINTIFFS' OBJECTIONS TO REPLY EVIDENCE AND/OR SURREPLY TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS ALLEGATIONS, AND STAY ACTION
*Solorio, et al. v. ABC Phones of North Carolina, Inc., et al.*

**IT IS SO STIPULATED**.

Date: January 22, 2021

Respectfully submitted,

*/s/ Scott L. Gordon*
Carolyn H. Cottrell
David C. Leimbach
Scott L. Gordon
SCHNEIDER WALLACE
COTTRELL KONECKY LLP

*Attorneys for Plaintiffs and the Putative Class*

Date: January 22, 2021

/s/ *Robert L. Shipley*
Robert L. Shipley
Brandon S. Gray
ROBERT L. SHIPLEY, APLC

*Attorneys for Defendant*

PLAINTIFFS' OBJECTIONS TO REPLY EVIDENCE AND/OR SURREPLY TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS ALLEGATIONS, AND STAY ACTION
*Solorio, et al. v. ABC Phones of North Carolina, Inc., et al.*

## [~~PROPOSED~~] ORDER

Based on the stipulation of the parties and for good cause shown, the Court ORDERS that Plaintiffs' Objections to Reply Evidence and/or Surreply to Defendant's Motion to Compel Arbitration, Dismiss Class Allegations, and Stay Action, filed at ECF 11-1, is deemed filed.

IT IS SO ORDERED.

Dated: __January 25, 2021__          /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE