# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA SOLORIO and MARIANO DIAZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ABC PHONES OF NORTH CAROLINA, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 1:20-CV-01051-NONE-JLT<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE ACTION AS TO PLAINTIFF MARIANO DIAZ**<br><br>(Doc. 20) |

The plaintiffs have filed a voluntary dismissal of the action as to plaintiff, Mariano Diaz only. The matter will continue with Ms. Solorio as the sole named plaintiff. (Doc. 20.) Thus, the Court directs the Clerk of Court to close this action as to plaintiff, Mariano Diaz **only.**

IT IS SO ORDERED.

Dated:   **November 8, 2021**              _ **/s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE

-1-